UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KEVIN WAYNE TRUMBLE,<br><br>　　　　Petitioner,<br><br>　v.<br><br>D. ADAMS, Warden,<br><br>　　　　Respondent. | Case No. EDCV 10-00021 SJO (AN)<br><br>ORDER APPROVING AND ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the court has reviewed the file, including the Magistrate Judge's Report and Recommendation ("R&R") and Petitioner's Objections thereto, *de novo*.

IT IS ORDERED that:

1. The Objections are overruled and the R&R is approved and adopted.
2. Judgment shall be entered denying the Petition and dismissing this action with prejudice.
3. All motions are denied as moot and terminated.

IT IS FURTHER ORDERED that the clerk of the court shall serve a copy of this Order and the Judgment on all counsel or parties of record.

Dated: July 9, 2010

　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE