ENTER / JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KEVIN WAYNE TRUMBLE,<br>　　　　Petitioner,<br>　　v.<br>D. ADAMS, Warden,<br>　　　　Respondent. | Case No. EDCV 10-00021 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated: July 9, 2010

_S. James Otero_
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUL - 9 2010
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY